**Dismissed and Memorandum Opinion filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00116-CR

### DEONTAE CALDWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 208th District Court
### Harris County, Texas
### Trial Court Cause No. 1377978

## M E M O R A N D U M   O P I N I O N

On December 3, 2013, the trial court signed an order dismissing the charge in this case because appellant had been convicted in another case. Appellant filed a notice of appeal on January 27, 2014.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of

Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).